

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-68,124-05

### EX PARTE WILLIAM WAYNE CONLEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W93-59336-U(A) IN THE 291ST DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Applicant refers to his memorandum of law throughout his application but the document appears to be missing.

The district clerk shall either forward to this Court or certify in writing that this document

is not part of the record.  The district clerk shall comply with this order within thirty days from the date of this order.

Filed: April 25, 2022
Do not publish